Alan Westbrook, Esq.
Nevada Bar No. 6167
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
alan.westbrook@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSE BROWN, an individual,<br><br>                Plaintiffs,<br><br>        v.<br><br>GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES 1-10, inclusive & ROE CORPORATIONS 1-10, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-02404-JAD-MDC<br><br>**Stipulation and Order to Stay Court Rulings on Pending Motions** |

Defendant, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO, by and through its attorneys of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, by and through her attorneys RICHARD HARRIS LAW FIRM, hereby stipulate to and request that the Court stay its rulings on the following pending motions: Defendant's Motion for Summary Judgment (ECF 15), Plaintiff's Motion to Strike Defendant's Improperly Designated Rebuttal Expert Witnesses Christopher A. Cochran, M.D. and Jeffrey C. Wang, M.D. (ECF 17), and Plaintiff's Motion for Sanctions Based on Defendant GNLV, LLC's Spoliation of Surveillance Video Evidence (ECF 16).

The parties have scheduled a mediation with Paul Haire, Esq. at ARM on May 26, 2026, and believe that resolution is more likely if the Court defers ruling on these pending motions.

1

321466261v.1

Accordingly, the parties stipulate and request that the Court defer ruling on these three motions until the parties jointly file a status report no later than June 3, 2026.

| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | RICHARD HARRIS LAW FIRM |
|---|---|
| */s/ Alan Westbrook*<br>Alan Westbrook, Esq.<br>Nevada Bar No. 6167<br>*Attorneys for GNLV, LLC* | */s  Mysty Langford*<br>Mysty Langford, Esq.<br>Nevada Bar No. 16909<br>*Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED:**

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 5/4/2026

321466261v.1