# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rose Brown,<br><br>                    Plaintiff(s),<br><br>vs.<br><br><br>GNLV, LLC,<br><br>                    Defendant(s). | 2:24-cv-02404-JAD-MDC<br><br>**ORDER SETTING HEARING** |

   **IT IS ORDERED that** the parties must appear in-person at **11:00 a.m. on June 10, 2026, in Courtroom 3C,** for a HEARING on plaintiff's:

1. *Motion for Sanctions Based on Defendant GNLV, LLC's Spoliation of Surveillance Video Evidence* (ECF No. 16)

2. *Motion to Strike* (ECF No. 17).

Dated: May 12, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1