**SAO**
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: mlangford@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSE BROWN, individually;<br><br>Plaintiff,<br><br>v.<br><br>GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES 1-10, inclusive & ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | 2:24-cv-02404-JAD-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE THE JUNE 10, 2026, HEARING ON ALL PENDING MOTIONS** |

The parties hereby stipulate and agree to continue the June 10, 2026, hearings on all pending motions to **June 18, 2026,** or another date that is acceptable for the Court.

This continuance is requested because counsel for Plaintiff will be out of the country and unable to appear in person or via zoom.

///

///

///

///

///

///

Page 1 of 2

This request for continuance is not requested for any improper purpose or to delay the proceedings.

DATED: May 28, 2026.

**RICHARD HARRIS LAW FIRM**


 _/s/ Mysty Langford_               .
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED: May 28, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


 _/s/ Alan W. Westbrook_
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorney for Defendants*

## ORDER

Upon stipulation of the parties and good cause appearing, the Court Orders as follows:

IT IS HEREBY ORDERED that the hearings, currently scheduled for June 10, 2026, at 11:00 a.m., are continued to July 8, 2026 at 11:00am in Courtroom 3B, or another date that is acceptable for the Court.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
6/2/26

Respectfully submitted by:

**RICHARD HARRIS LAW FIRM**

_/s/ Mysty Langford_
MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909

Page 2 of 2