**SODW**
Alan Westbrook, Esq.
Nevada Bar No. 6167
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
alan.westbrook@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE BROWN, an individual, | Case No. 2:24-cv-02404-JAD-MDC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES 1-10, inclusive & ROE CORPORATIONS 1-10, inclusive, | ECF Nos. 15, 16, 17, 30 |
| Defendants. | |

1

321466261v.1

IT IS HEREBY STIPULATED AND AGREED, by and between, Defendant, GNLV, LLC D/B/A GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO ("Defendant"), by and through its attorney, Alan W. Westbrook, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff ROSE BROWN, by and through her attorney, Mysty Langford, Esq. of Richard Harris Law Firm, hereby stipulate to the dismissal with prejudice of all claims against Defendant, with each party to bear its own attorneys' fees and costs.

DATED this 30th day of June, 2026.



/s/ Alan W. Westbrook
Alan W. Westbrook, Esq.
Nevada Bar No. 6167
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for GNLV, LLC*

DATED this 30th day of June, 2026.

**RICHARD HARRIS LAW FIRM**

/s/ Mysty D. Langford
Mysty D. Langford, Esq.
Nevada Bar No. 16909
801 So. Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF Nos. 15, 16, 17] are DENIED as moot.**  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2026

2

321466261v.1